AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Levi Strauss & Co. | ) | |
| *Plaintiff(s)* | ) ) ) ) | |
| v. | ) ) | Civil Action No. 3:25-cv-06312-CRB |
| LINKSOUL LLC | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LINKSOUL LLC
530 S Coast Hwy,
Oceanside, CA 92054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Gregory S. Gilchrist, Ryan Bricker, Sophy Tabandeh, and Paymaneh Parhami
    VERSO LAW GROUP LLP
    565 Commercial Street, 4th Fl.
    San Francisco, CA 94111
    Telephone: (415) 534-0495

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*



*Signature of Clerk or Deputy Clerk*

Date: July 29, 2025